IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER BATCHKOFF,

    Plaintiff,

v.

BOEHRINGER INGELHEIM PHARMACEUTICALS,

    Defendants.
                                              /

No. 10-04830 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On March 11, 2011, Defendant's counsel filed a request to appear telephonically at the initial case management conference set for March 22, 2011 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: March 15, 2011

                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge