1  JACKSON LEWIS LLP
   CARY G. PALMER (SBN 186601)
2  NATHAN W. AUSTIN (SBN 219672)
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141

5  Attorneys for Defendant
   Boehringer Ingelheim USA Corporation
6

7  Steven G. Zieff (SBN 84222)
   David A. Lowe (SBN 178811)
8  John T. Mullan (SBN 221149)
   RUDY, EXELROD, ZIEFF & LOWE, LLP
9  351 California Street, Suite 700
   San Francisco, CA 94104
10 Telephone: (415) 434-9800
   Facsimile:  (415) 434-0513
11 Email: sgz@rezlaw.com
   Email: dal@rezlaw.com
12 Email: jtm@rezlaw.com

13 Counsel for Plaintiff
   Peter Batchkoff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANSISCO DIVISION

| | |
|---|---|
| PETER BATCHKOFF on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Defendant | Case No. C10-4830-EDL<br><br>**STIPULATION TO STAY ACTION; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: September 24, 2010<br>Trial Date: None set |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff PETER BATCHKOFF ("Plaintiff") and Defendant BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. ("Defendant"), through their respective counsel of record, as follows:

1

## RECITALS

1. The complaint commencing this action was filed on September 24, 2010 in the San Francisco County Superior Court. Defendant removed this action to federal Court on October 25, 2010.

2. The gravamen of Plaintiff's Complaint is the application of the administrative and outside sales person exemptions to pharmaceutical representatives employed by Boehringer Ingelheim Pharmaceuticals, Inc. The applicability of the exemptions to pharmaceutical representatives employed by Bayer Corp., Wyeth, and AstraZeneca LP is currently pending before the Ninth Circuit Court of Appeal in the following three cases: *D'Este v. Bayer Corp.*, COA No. 07-56577 ("*Bayer*"); *Barnick v. Wyeth*, COA No. 07-56684 ("*Wyeth*"); and *Menes v. AstraZeneca LP*, COA No. 07-56120 ("*Menes*"). Oral argument was heard in the three cases on February 11, 2009. On May 5, 2009, the Ninth Circuit submitted questions on the applicability of the outside sales person exemption and the administrative exemption to pharmaceutical representatives to the California Supreme Court which was denied. The Ninth Circuit subsequently entered an order on July 13, 2009, staying the *Bayer*, *Wyeth* and *Menes* cases pending a decision by the California Supreme Court in *Harris v. Superior Court* (No. S-156555) ("*Harris*").

3. At least two other cases involving pharmaceutical representatives in the Ninth Circuit have been stayed pending outcome of *Bayer*, *Wyeth* and *Menes*. (*See Brody v. AstraZeneca LP*, COA No. 08-56120 and *Rivera v. Schering Corp.*, COA No. 08-56565). A putative class action case involving pharmaceutical representatives in the Central District of California has also been stayed. (*Silverman v. Smithkline Beecham Corp.*, Case No. CV 06-07272).

///
///
///
///
///

## STIPULATION

In light of the recitals detailed above, and the possibility that the *Bayer*, *Wyeth* and *Menes* decisions will provide guidance in this case, the Parties stipulate and agree to stay this case until decisions have been issued by the Ninth Circuit in *Bayer*, *Wyeth* and *Menes* to avoid wasting judicial resources and to avoid expending attorneys' fees and costs litigating unfocused issues in this case.

Date: March 8, 2011                     JACKSON LEWIS LLP


                                        By: /s/ Cary G. Palmer
                                            Cary G. Palmer
                                            Nathan W. Austin

                                            Attorneys for Defendant
                                            BOEHRINGER INGELHEIM
                                            PHARMACEUTICALS, INC.


Date: March 8, 2011                     RUDY, EXELROD, ZIEFF & LOWE, LLP


                                        By: /s/ Steven G. Zieff
                                            Steven G. Zieff (SBN 84222)
                                            David A. Lowe (SBN 178811)
                                            John T. Mullan

                                            Attorneys for Plaintiff


**IT IS SO ORDERED.**

Dated: March 16, 2011                   ~~Judge Elizabeth D. LaPorte~~
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

4841-3139-8920, v. 1

3

Stipulation to Stay Action; [Proposed]                Batchkoff v. Boehringer Ingelheim Pharmaceuticals, Inc.
Order Thereon                                         USDC-Northern District Case No. C 10-4830-EDL