IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BATCHKOFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOERINGER INGELHEIM<br>PHARMACEUTICALS, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-04830 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORTS** |

On March 16, 2011, the Court granted the parties stipulation to stay this case pending resolution of appeals and a decision by the California Supreme Court. It is HEREBY ORDERED that the parties shall submit a joint status report to the Court regarding the status of the appeals and the California Supreme Court decision by no later than July 29, 2011, and shall file additional status reports every 120 days thereafter, until the stay is lifted.

**IT IS SO ORDERED.**

Dated: July 15, 2011

　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE